FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 13 PM 4: 08

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 10-30268 WTT |
| --- | --- |
| SHAUN RICHARD RASSMUSSEN and MANDY JEAN RASSMUSSEN, | Chapter 7 |
| | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors. | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.11% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 1 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $4.79 |
| 5 | South Valley ENT Associates<br>3584 West 9000 South, Ste 311<br>West Jordan, UT 84088 | $0.28 |

3

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 8 | Intermountain Heathcare<br>P.O. Box 27808<br>Salt Lake City, UT 84127-1850 | $2.15 |
| 12 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $4.98 |
| 13 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $3.88 |
| 14 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $0.43 |
| 15 | FIA Card Services, NA/Bank of America<br>By American InfoSource LP as its agents<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $0.96 |

3. A check in the amount of $17.47 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _13_ day of June, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the /3TH day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4827-0415-6425, v. 1